# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE** <br> Charron v. Sallyport Global Holdings, Inc., et al. | **DISTRICT** <br> S.D.N.Y. || **DOCKET NUMBER** <br> 15-256 (S.D.N.Y. 12-cv-6837 (WHP)) |
| | **JUDGE** <br> Hon. William H. Pauley III || **APPELLANT** <br> Sallyport Global Holdings, Inc., et al. |
| | **COURT REPORTER** || **COUNSEL FOR APPELLANT** <br> Jay P. Lefkowitz, P.C. |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript

Reason for not ordering a transcript:

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE <br> /s Jay P. Lefkowitz, P.C. | DATE <br> February 11, 2015 ||
|---|---|---|
| COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. |||
| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
| SIGNATURE OF COURT REPORTED | | DATE |