# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Charron v. Sallyport Global Holdings, Inc., et al.　　　Docket No.: 15-256

Lead Counsel of Record (name/firm) or Pro se Party (name): Kevin W. Barrett, Bailey & Glasser LLP

Appearance for (party/designation): Appellee Thomas W. Charron, Jr.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect. Please change the following parties' designations:
　　Party　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete, and should be amended as follows:

Name: Kevin W. Barrett
Firm: Bailey & Glasser LLP
Address: 209 Capitol Street, Charleston, WV 25301
Telephone: 304-345-6555　　　Fax: 304-342-1110
Email: kbarrett@baileyglasser.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Kevin W. Barrett
Type or Print Name: Kevin W. Barrett
　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.