# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Charron v. Sallyport Global Holdings, Inc., et al.    Docket No.: 15-256

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Brian A. Glasser

Firm: Bailey & Glasser LLP

Address: 209 Capitol Street

Telephone: 304-345-6555    Fax: 304-342-1110

E-mail: bglasser@baileyglasser.com

Appearance for: Thomas W. Charron
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Kevin W. Barrett, Bailey & Glasser LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[✓] I applied for admission on 03/04/2015.

Signature of Counsel: *Brian Glasser*

Type or Print Name: Brian A. Glasser