# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand and fifteen.

_____

Thomas W. Charron, Jr., individually and as Trustee of the Thomas W. Charron Jr. Grantor Retained Annuity Trust dated July 8, 2010,

      Plaintiff-Counter-Defendant-Appellee,          **ORDER**

      v.                                Docket No. 15-256

Sallyport Global Holdings, Inc., *et al.,*

      Defendants-Counter-Claimants-Appellants.

_____

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

