**BAILEY GLASSER LLP**

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

May 13, 2015

**Via ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Charron* v. *Sallyport Global Holdings, Inc., et al.,* Case No. 15-256

Dear Ms. Wolfe:

We represent Appellee (Plaintiff) Thomas W. Charron Jr., Individually and as Trustee of the Thomas W. Charron Grantor Retained Annuity Trust Dated July 8, 2010, in the above-referenced appeal currently pending in the United States Court of Appeals for the Second Circuit. Appellants' brief was filed today, May 13, 2015. We respectfully request that the date for the filing of our client's responsive brief be set for August 11, 2015.

Respectfully submitted,

Brian A. Glasser

BAG/paw

cc: David S. Flugman, Esq.
 Jay P. Lefkowitz, Esq.
 Lisa S. Blatt. Esq.