UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and fifteen,

_____

Thomas W. Charron, Jr., Individually and as trustee of the Thomas W. Charron Jr. Grantor Retained Annuity Trust dated July 8, 2010,

     Plaintiff-Counter-Defendant - Appellee,

v.

Sallyport Global Holdings, Inc., JPD Private Trust Company, Ltd., as Trustee of the GPD Charitable Trust dated December 7, 2010, Gian Paul Deblasio, AKA John P. DeBlasio,

     Defendants - Counter - Claimants - Appellants,

John Doe, as trustee of the John Deblascio Charitable Trust for World Peace and Development, Sallyport Global Services, Ltd., as Trustee of The John Deblasio Charitable Trust for World Peace and Development,

     Defendants.
_____

ORDER
Docket No: 15-256

     Counsel for APPELLEE Thomas W. Charron, Jr. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 11, 2015 as the brief filing date.

     It is HEREBY ORDERED that Appellee's brief must be filed on or before August 11, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

