## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Charron v. Sallyport Global Holdings, Inc., et al.    **Docket No.:** 15-256

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Tillman J. Breckenridge

**Firm:** Bailey & Glasser LLP

**Address:** 1054 31st St., NW, Washington, DC 20007

**Telephone:** 202-463-2101    **Fax:** 202-463-2103

**E-mail:** tbreckenridge@baileyglasser.com

**Appearance for:** Thomas W. Charron, Jr., Individually and as Trustee of Grantor Retained Annuity Trust
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brian A. Glasser, Bailey & Glasser LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Tillman J. Breckenridge

**Type or Print Name:** Tillman J. Breckenridge